IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

MOHAMMED AZHARUDDIN CHHIPA,

*Defendant*.

Case No. 1:23-cr-97 (TSE)

NOTICE OF INTENT TO USE
FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States hereby provides notice to the defendant, Mohammed Azharuddin

Chhipa, and to the Court that, pursuant to Title 50, United States Code, Sections 1806(c) and

1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any

proceedings in the above-captioned matter, information obtained or derived from electronic

surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act

of 1978 (FISA), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:      /s/ _____
Anthony T. Aminoff
Amanda Lowe
Assistant United States Attorneys
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314

Phone:   (703) 299-3700
Email:   Anthony.aminoff@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2023, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to

counsel of record.

                                       /s/_____

Anthony T. Aminoff (NY Bar)
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700 (telephone)
(703) 299-3982 (fax)
anthony.aminoff@usdoj.gov