IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOHAMMED AZHARUDDIN CHHIPA,<br><br>Defendant. | No. 1:23-cr-97<br><br>The Hon. T.S. Ellis, III |

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE CIPA SECTION 4
MOTION DEADLINE AND EX PARTE HEARING**

The United States, by and through undersigned counsel, respectfully moves for a continuance of the upcoming deadline requiring the United States to file its motion pursuant to Section 4 of the Classified Information Procedures Act ("CIPA") by November 21, 2023. The Government asks that the CIPA Section 4 deadline be continued until December 12, 2023—an extension of three weeks. The purpose of this continuance would be to allow the Government additional time necessary to address unforeseen matters concerning potentially discoverable classified information in this case and to accurately address that classified information as necessary in its forthcoming CIPA Section 4 Motion, while ensuring the Government meets its discovery obligations.

On June 2, 2023, the Court issued an Order requiring the United States to file any motion the Government wished to file pursuant to Section 4 of CIPA on or before November 21, 2023. The Court simultaneously set an associated *ex parte* hearing date of December 7, 2023 for any such motion. At the time that Order was issued, the United States had already undertaken substantial efforts to identify discoverable classified information in U.S. Government holdings. In the intervening months, Assistant U.S. Attorneys along with Department of Justice Trial Attorneys

have undertaken significant additional efforts to review and evaluate classified information held by U.S. Government equity holders for relevance to the present case. Unfortunately, recent developments outside of the prosecution team's control have resulted in delays in identifying the classification status of certain material and in obtaining the approvals necessary for use of that material in connection with this case.[1] The relevant equity holder(s) should be able to provide the necessary materials in the coming weeks. Accordingly, a three-week extension should enable the prosecution team sufficient time to expeditiously address and incorporate the additional material into a comprehensive CIPA Section 4 motion once received.

This short delay should not impact the Defendant's ability to prepare his defense, nor should it impact the scheduled trial date of March 5, 2024. Rather, the Government has already produced voluminous unclassified discovery to the defense, numbering in the hundreds of thousands of pages. And, in the event the Court's ruling on the United States' motion required production of any additional discovery, a delay of only a few weeks would still provide ample time for the Defendant to review any such material and prepare well in advance of the March trial date. The Defendant does not oppose this motion for continuance.

WHEREFORE, the United States respectfully requests that the Court grant an extension of the United States' deadline for filing its CIPA Section 4 motion until December 12, 2023 and,

//

//

---

[1] If the Court so requires, the United States will prepare an *ex parte* classified filing with additional detail regarding the circumstances of the United States' review of classified information to-date, as well as the nature of recent unforeseen delays associated with the use of that classified information.

as a result, adjourn the current CIPA Section 4 Motion Hearing until a date convenient for the Court thereafter.[2]

Jessica D. Aber
United States Attorney

By: _____/s/_____

Anthony T. Aminoff
Amanda St. Cyr
Assistant U.S. Attorneys
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone (703) 299-3790
Facsimile (703) 299-3980
Anthony.aminoff@usdoj.gov

By: _____/s/_____

Andrea M. Broach
A.J. Dixon
Trial Attorneys
DOJ National Security Division
Counterterrorism Section

---

[2] If possible, the government requests a date before December 22, 2023, or after January 4, 2024.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of November, 2023, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system.


_____/s/_____

Anthony T. Aminoff
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone (703) 299-3790
Facsimile (703) 299-3980
Anthony.aminoff@usdoj.gov