IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

MOHAMMED AZHARUDDIN CHHIPA,

Defendant.

No. 1:23-cr-97 (TSE)

### Order

The Government's Unopposed Motion to Continue the CIPA Section 4 Motion Deadline and Ex Parte Hearing is hereby GRANTED.

IT IS ORDERED that the Government's CIPA Section 4 Motion shall be filed by 5:00 P.M. on December 12, 2023;

IT IS FURTHER ORDERED that the CIPA Section 4 Motion Hearing shall take place on

_____.

Date: _____

_____
Hon. T.S. Ellis, III
United States District Judge