**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

UNITED STATES OF AMERICA,

v.

MOHAMMED AZHARUDDIN
CHHIPA,

*Defendant.*

Case No.: 1:23-cr-97 (DJN)

## DEFENDANT'S MOTION TO SEAL

Mohammed Chhipa, by counsel, moves this Honorable Court pursuant to

Local Crim. R. 49, for entry of an Order permitting Defendant's Exhibits 1-4 to his

Motion to Suppress (ECF No. 111) to be filed under seal.

Defendant's Exhibit 1-4 to his Motion to Suppress are subject of an ongoing

protective order.  It is true that judicial proceedings are generally open to the public

and that there exists a common-law right of public access to judicial records and

documents.  *See Media Gen. Operations, Inc. v. Buchanan*, 417 F.3d 424, 429 (4th

Cir. 2005) (citing *Balt. Sun Co. v. Goetz*, 886 F.2d 60, 64-65 (4th Cir. 1989)).  The

presumption of the right of access can be rebutted if countervailing interests heavily

outweigh the public interests in access.  *Virginia Dep't of State Police v. Washington

Post*, 386 F.3d 567, 575 (4th Cir. 2004).  The party seeking to overcome the

presumption bears the burden of showing some significant interest that outweighs

the presumption.  *Id*. at 575.  Ultimately the decision to seal is a matter best left to

the sound discretion of the district court.  *Washington Post*, 386 F.3d at 575.

Here, the government has advised defense counsel that sealing is necessary to protect the confidential information contained in the Exhibits.

WHEREFORE, Defendant respectfully requests that the Court enter the attached Order permitting Exhibits 1-4 to Defendant's Motion to Suppress to be filed under seal.

<div style="margin-left:50%">

Respectfully Submitted,
MOHAMMED CHHIPA,
By Counsel

_____/s/_____
Zachary A. Deubler, VSB #90669
Jessica N. Carmichael, VSB #78339
CARMICHAEL ELLIS & BROCK, PLLC
108 N. Alfred Street, 1st Floor
Alexandria, VA 22314
703.684.7908 (T)
703.649.6360 (F)
zach@carmichaellegal.com
jessica@carmichaellegal.com

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2024, I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

<div style="text-align: right;">

_____/s/_____

Jessica N. Carmichael

</div>