**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MOHAMMED AZHARUDDIN CHHIPA,<br><br>               ***Defendant.*** | Case No.: 1:23-cr-97 (DJN) |

**ORDER**

This matter comes before the Court on Defendant's Motion to Seal Exhibits 1-4 to his Motion to Suppress (ECF No. 111).

It appearing to the Court that Defendant's Exhibits 1-4 to his Motion to Suppress contains confidential information that is currently the subject of a Protective Order, and the public may not be entitled to see, the Court finds that there are no less drastic alternatives to sealing the Defendant's Exhibits 1-4.

It is thereby ORDERED that Defendant's Motion to Seal is GRANTED. Exhibits 1-4 to Defendant's Motion to Suppress, ECF No. 111, are to be filed under seal and remain under seal until further order of this Court.

IT IS SO ORDERED.