SUMMARY CHART OF FACEBOOK/INSTAGRAM ACCOUNTS
USED BY THE DEFENDANT

| Account | How connected to the defendant? |
|---|---|
| Carl Johnson (FB 506082850) | Registered email is wanderer377@gmail.com.<br><br>Wandererer377@gmail.com is registered using phone number 571-598-7294 ("-7294 number").<br><br>-7294 number is linked to defendant through business records and is the phone number of the phone found in his bedroom in 2019.<br><br>Stated in conversations: "my real name is Muhammed," that he lived in "Virginia, USA" and that his name is "Azhar."<br><br>Account referenced in "Facebook accounts new.txt" document. |
| Nu'man Ibn Muqrin Al-Muzanee (FB 100036507514619) | Account referenced in "Facebook accounts new.txt."<br><br>Told people he was "Carl Johnson."<br><br>Gave out -7294 cell phone number.<br><br>Stated that he was trying to create Abdullaah Ibn Rawahah profile. |
| Abdullaah Ibn Rawahah (FB 100036328332119) | Account referenced in "Facebook accounts new.txt."<br><br>Said "this is Carl Johnson."<br><br>Told someone "my name is Muhammed Azharuddin." |
| Abdullah Ibn Ateeq (FB 100043053410435) | Account referenced in "Facebook accounts new.txt."<br><br>Alternate names for the account are Abdullaah Ibn Rawahah, Carl Johnson, and An-Nu'maan ibn Muqrin Al-Muzanee.<br><br>Told another user this is "Carl Johnson or Nu'Maan ibn Muqrin" and that he lived in "Northern Virginia." |
| Nu'maan ibn Muqrin Al-Muzanee (IG 13142868803) | Account referenced in "Facebook accounts new.txt."<br><br>Account subscribed in phone number 224-877-4019. Defendant used this number to call the FBI in 2022, and a phone in this number was seized from his residence in 2023.<br><br>In a direct messaging conversation, defendant sent another user information about his brother, Irfan Chhipa. Defendant clarified that that's not his real name, and sent a news article about himself fleeing from the United States in 2019 and said, "this is me." |

Facebook and Instagram Accounts Used by the Defendant, and Telegram Handles Passed by the Defendant over those Accounts

| Facebook | Instagram | Telegram |
| --- | --- | --- |
| Carl Johnson (506082850)<br><br>Nu'man Ibn Muqrin Al-Muzanee (10036507514619)<br><br>Abdullaah Ibn Rawa'hah (100036328332119)<br><br>Abdullaah Ibn Ateeq (100043053410435) | Nu'maan ibn Muqrin Al-Muzanee (13142868803) | @Abujandalalmuhajir<br><br>@whatshouldiput<br><br>@blacktable12345<br><br>@heyyouhibye<br><br>@StabilityBall<br><br>@oud101<br><br>@notbentcrackedorbroken<br><br>@turnawaygetreplaced3 |

## SUMMARY CHART OF FACEBOOK/INSTAGRAM ACCOUNTS USED BY CO-CONSPIRATOR 1 AKA UMM IMARAH AKA UMM DUJANA

| Account Subscriber Info | Son named Talha | In-laws are Ramic Family | Linked to phone number: +963-935-927-816 | Linked to Telegram Account @woundsofmusk | Linked to Telegram @shokhbarij | Linked to other FB/Insta Account |
|---|---|---|---|---|---|---|
| Facebook: 100040997760236 Umm Zubayr Al Muhajirah Sumayyah.muhajirah +963-935-927-816 | Yes | Yes | Yes | | | Linked by cookie to Umm Dujana Al Muhajirah (100046188345030) |
| Facebook: 100046188345030 Umm Dujana Al Muhajirah | Yes | | Yes | Yes | | Linked by cookie to Umm Zubayr al Muhajirah (100040997760236) |
| Instagram: 40620181458 Umm Imarah Saabiruwaraabitu Umm Zubayr Umm Dujanah | Yes | | | Yes | Yes | "its umm dujana/umm zubayr al muhajira" |
| Instagram: 18560124207 Muhajirah fee Bilad Al-Sham  Seekingshahada  Umm Talha al Muhajirah  +963-935-927-816 | Yes | Yes | Yes | Yes | | |
| Instagram: 5083184739  Umm Imarah Umm3imarah | | | | | Yes | "my old acc saabiru.. got deleted"  "my other account saabiru.wa.raabitu got deleted… @umm3imarah"  "I am umm dujanah" |

Facebook and Instagram Accounts Used by Co-Conspirator 1, and Telegram Handles Passed by Co-Conspirator 1 over those Accounts

| Facebook | Instagram | Telegram |
|---|---|---|
| Umm Dujana Al Muhajirah (100046188345030)<br><br>Umm Zubayr Al Muhajirah (100040997760236) | Saabiruwaraabitu Umm Imarah (40620181458)<br><br>Seekingshahada (18560124207)<br><br>Umm Imarah umm3imarah (5083184739) | @hbuwaqumu<br><br>@umm3imarah<br><br>@shokhbarij<br><br>@woundsofmusk<br><br>@ummzubayr1 |