



**Virtual Currency Activity**
**10/1/2019 - 10/31/2022**

Virtual Currency Received

Apple Federal Credit Union
Account 0000362450
Mohammed Chhipa
(Joint Owner: Irfan Chhipa)

$183,765
11/11/19 - 8/4/22

$13,940
(0.562614825 BTC, 645.68 USDT, 0.107 LTC, 2.78 USDC)
1/1/20 - 8/11/22

$5,633 withdrawn back to AFCU
7/28/22 - 9/2/22

Coinbase Account 5dab7bcfa941a509d445c561
Binance.US Account 56848184
Gemini Account 21915462
Mohammed Chhipa

$59,147 (1.35319215 BTC)
4/22/21 - 5/26/22
91 transfers

32uzEwvUvdEibons2i69rYLwcJevq1KjXJ
3CUucrJAT7bcDRAZ9yTY4LKFjZZjPmtK42
3JDqshRT3peVHa8VfbX8DfnEmFdsq7KiRn
1CPv8XZJqTb8fyySbbvjyTECwu8B4P78n1

bc1q2gqqkypme5qj0mdmnlpf47legnhhumxj23wphw
bc1qvcqzn5vcqmt892c6muak6ez3jvrjceq029vskh
bc1qq9464vtr5ey4e8z8ql99n500hm47dhknsl0q0w
bc1qge582077rfqrvd0rnjn3csvknu8ancfx5lzp83

$30,953 (0.75359852 BTC)
12/11/21 - 5/26/22
27 transfers

$8,568 (0.30996277 BTC)
1/11/22 - 7/3/22
9 transfers

6 Addresses

$8,571 (0.30876277 BTC)
1/11/22 - 7/4/22
9 transfers

$5,393 (0.25520227 BTC)
12/25/21 - 6/29/22
3 transfers

34HszbiGDbHVZeraatWzXaxcKtm2tmHxis

$37,610 (1.61931391 BTC)
2/15/20 - 4/19/21
42 transfers

30 Addresses

$37,183 (1.61781921 BTC)
2/15/20 - 4/20/21
42 transfers

$36,932 (1.49875014 BTC, 10,563.92 USDC)
11/21/19 - 7/22/21
35 transfers

11 Wallets with Turkey Geolocation IPs

$37,828 (1.83774038 BTC, 1,300.50 USDC, 1,596.17 USDT, 0.107 LTC)
2/19/20 - 7/23/22
64 transfers

33 Other Addresses

Notes:
-All U.S. Dollar amounts are rounded to the nearest whole dollar.
-When not provided in legal returns, U.S. Dollar equivalent amounts were calculated using the closing price of the virtual currency on the day of the transaction.

**Total Virtual Currency Sent:**
**$185,478**

**Apple Federal Credit Union Accounts 0000362450 & 0000363504**
**Mohammed Chhipa & Irfan Chhipa**
**October 1, 2019 - October 31, 2022**
**Summary of Income/Deposits**

| Category | Sub-Total | Total | Percent of Total |
|---|---|---|---|
| **Deposits from Money Services Businesses/Wire Transfers** | | | |
| Paypal Deposits (Account Name: Irfan Account; Email: aimsyf@yahoo.com) | $  28,551 | | |
| Paypal Deposits (Account Name: Azhar Chhipa; Email: hiker3777@protonmail.com) | $      400 | | |
| Paypal Deposits (Other Account) | $    2,404 | | |
| Skrill Deposits (Account Name: Mohammed Chhipa; Email: mac2037@protonmail.com) | $  18,801 | | |
| Skrill Deposits (Other Account) | $    1,907 | | |
| Other Money Services Businesses/Wire Transfer Deposits | $  12,938 | | |
| **Total Deposits from Money Services Businesses/Wire Transfers** | $  65,001 | $   65,001 | 18% |
| | | | |
| **Other Income/Deposits** | | | |
| Income | | $  175,451 | 48% |
| Cash Deposits | | $   80,596 | 22% |
| Other Deposits | | $   30,749 | 8% |
| Withdrawals from Cryptocurrency Accounts | | $    5,633 | 2% |
| Miscellaneous Account Adjustments | | $    5,536 | 2% |
| **Total** | | **$  362,966** | **100%** |

Note: The list of deposits excludes Apple Federal Credit Union internal transfers between the above listed accounts.