**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MOHAMMED AZHARUDDIN CHHIPA,<br>*Defendant.* | Case No.: 1:23-cr-97 (DJN) |

**DEFENDANT'S POSITION REGARDING**
**GOVERNMENT'S PROPOSED VOIR DIRE**

Mohammed Azharuddin Chhipa, by counsel, does not object to the government's

recently filed proposed voir dire, Dkt. 217.

Respectfully Submitted,
MOHAMMED AZHARUDDIN CHHIPA,
By Counsel

/s/

Zachary A. Deubler, Esq. VSB #90669
Jessica N. Carmichael, Esq. VSB #78339
CARMICHAEL ELLIS & BROCK, PLLC
108 N. Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 684-7908
zach@carmichaellegal.com
jessica@carmichaellegal.com

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 12th, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all parties to this action.

_____/s/_____
Zachary A. Deubler, Esq.
