IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA,

v.

Criminal No. 1:23cr97 (DJN)

MOHAMMED AZHARUDDIN CHHIPA,
Defendant.

## ORDER
### (Denying Government's Motion to Quash)

This matter comes before the Court on the Government's Motion to Quash. (ECF No. 206 ("Motion").)  Specifically, the Government moves under Fed. R. Crim. P. 17(c)(2) to quash Defendant's subpoenas commanding the appearance and testimony at trial of FBI Special Agent Patrick Higgins ("SA Higgins") and FBI Special Agent Jeffrey Scott ("SA Scott").

SA Higgins and SA Scott managed an investigation into Defendant involving two undercover personnel, OCE-5 and UCE-2.  The Government intends to call both OCE-5, who communicated with Defendant online, and UCE-2, who met with Defendant in-person twice, in its case-and-chief.  The Government thus appears to believe that OCE-5 and UCE-2 possess material evidence.  SA Higgins and SA Scott managed these two undercover individuals so they too may have relevant evidence, including evidence that may impeach OCE-5 or UCE-2.  Accordingly, it would not be appropriate for the Court to quash the subpoena of SA Higgins and

SA Scott at this time.  Rather, the Court will assess the relevance of SA Higgins' and SA Scott's testimony at the completion of the Government's case.

Accordingly, the Court DENIES the Government's Motion (ECF No. 206).

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____

David J. Novak
United States District Judge

Alexandria, Virginia
Date: November 14, 2024

2