IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA,

v.                                                          Criminal No. 1:23cr97 (DJN)

MOHAMMED AZHARUDDIN CHHIPA,
    Defendant.

## ORDER
### (Issuing *Voir Dire*)

This matter comes before the Court for pretrial management.  The Court advises the

parties that it intends to *voir dire* the jury panel as detailed in Attachment A.  To the extent that

parties request additional or alternative *voir dire*, the Court DENIES their requests.

Let the Clerk file Attachment A as the Court's *voir dire*, file a copy of this Order

electronically and notify all counsel of record.

It is so ORDERED.

                                    _____/s/_____

                                    David J. Novak
                                    United States District Judge

Alexandria, Virginia
Date: November 14, 2024