IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA,

       v.

                                      Criminal No. 1:23cr97 (DJN)

MOHAMMED AZHARUDDIN CHHIPA,
    Defendant.

## ORDER
### (Issuing Jury Instructions and Verdict Form)

This matter comes before the Court for pretrial management. The Court advises the parties that it intends to instruct the jury panel with the instructions provided in Attachment A (opening) and B (final) and provide the jury with the verdict form in Attachment C. If the parties have any objections to these instructions or to the verdict form, they may raise them during the final pretrial conference on November 19, 2024.

Let the Clerk file Attachment A as the Court's opening instructions, Attachment B as the Court's final instructions and Attachment C as the verdict form. Additionally, let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                           /s/
                                       David J. Novak
                                       United States District Judge

Alexandria, Virginia
Date: November 14, 2024