IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA,

v.

Criminal No. 1:23cr97 (DJN)

MOHAMMED AZHARUDDIN CHHIPA,
Defendant.

## VERDICT FORM

### COUNT ONE
(Conspiracy to Provide Material Support or Resources to a
Designated Foreign Terrorist Organization)

We the jury, unanimously find the defendant, MOHAMMED AZHARUDDIN CHHIPA

_____ as to the offense charged in Count One of the indictment.
(Guilty or Not Guilty)

### COUNT TWO
(Providing and Attempting to Provide Material Support or Resources to a
Designated Foreign Terrorist Organization)

We the jury, unanimously find the defendant, MOHAMMED AZHARUDDIN CHHIPA

_____ as to the offense charged in Count Two of the Indictment.
(Guilty or Not Guilty)

### COUNT THREE
(Providing and Attempting to Provide Material Support or Resources to a
Designated Foreign Terrorist Organization)

We the jury, unanimously find the defendant, MOHAMMED AZHARUDDIN CHHIPA

_____ as to the offense charged in Count Three of the Indictment.
(Guilty or Not Guilty)

## COUNT FOUR
(Providing and Attempting to Provide Material Support or Resources to a
Designated Foreign Terrorist Organization)

We the jury, unanimously find the defendant, MOHAMMED AZHARUDDIN CHHIPA

_____ as to the offense charged in Count Four of the Indictment.
(Guilty or Not Guilty)


## COUNT FIVE
(Providing and Attempting to Provide Material Support or Resources to a
Designated Foreign Terrorist Organization)

We the jury, unanimously find the defendant, MOHAMMED AZHARUDDIN CHHIPA

_____ as to the offense charged in Count Five of the Indictment.
(Guilty or Not Guilty)


So Say We All, this ___ day of _____, 2024


_____
FOREPERSON

2