**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MOHAMMED AZHARUDDIN CHHIPA,<br>*Defendant.* | Case No.: 1:23-cr-97 (DJN) |

**JURY INSTRUCTION CONCERNING**
**GOVERNMENT WITNESSES TESTIFYING UNDER PSEUDONYMS**

Both parties, Mohammed Azharuddin Chhipa through counsel and the United States of

America through counsel, respectfully submit the following proposed jury instruction regarding

government witnesses testifying under pseudonyms:

> You have heard testimony from undercover agents and confidential human sources
> who have testified under pseudonyms. I have authorized this in this case, but you
> should not draw any inference, positive or negative, from the fact that they are
> testifying under pseudonyms.

Respectfully Submitted,

MOHAMMED AZHARUDDIN CHHIPA,
By Counsel

_____/s/_____
Zachary A. Deubler, Esq. VSB #90669
Jessica N. Carmichael, Esq. VSB #78339
CARMICHAEL ELLIS & BROCK, PLLC
108 N. Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 684-7908
zach@carmichaellegal.com
jessica@carmichaellegal.com

1

JESSICA D. ABER,
United States Attorney
By Counsel

            /s/
_____
Anthony T. Aminoff, Esq.
Amanda St. Cyr, Esq.
Assistant United States Attorney
UNITED STATES ATTORNEY OFFICE
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
anthony.aminoff@usdoj.gov
amanda.st.cyr@usdoj.gov

Andrew J. Dixon
Andrea Broach
Trial Attorneys
Counterterrorism Section
National Security Division
U.S. Department of Justice
Andrew.J.Dixon@usdoj.gov
Andrea.Broach@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on this 4th day of December 2024, a true and accurate of the foregoing was served on all counsel of record via the Court's Electronic Filing System.

_____/s/_____
Zachary A. Deubler, Esq.

3