IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOHAMMED AZHARUDDIN CHHIPA,<br><br>Defendant. | Case No. 1:23-cr-97<br><br>Hon. David J. Novak<br><br>Trial: December 6, 2024 |

### GOVERNMENT'S LIST OF TRIAL WITNESSES

At trial, the United States intends to call the following witnesses:

Mohamed Adra

Susan DaSilva

Dale Davis*

Nadia Edwards*

Imran Jones*

Gary Marosy

John Smith*

Alexandra Weaver*

Dylan Wright*

Aaron Zelin


*Witnesses designated with an asterisk are testifying using the pseudonym on this list, pursuant

to the Court's Order Addressing the Parties' Resolution of the CIPA Section 6 Dispute. ECF No.

181.

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

<u>           /s/           </u>

Anthony T. Aminoff
Amanda St. Cyr
Assistant United States Attorneys
 United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone (703) 299-3700
Facsimile (703) 299-3980
anthony.aminoff@usdoj.gov
amanda.st.cyr@usdoj.gov

Andrew J. Dixon
Andrea Broach
Trial Attorneys
Counterterrorism Section
National Security Division
U.S. Department of Justice

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2024, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will serve all parties of record.


_____/s/_____

Amanda St. Cyr
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone (703) 299-3700
Facsimile (703) 299-3980
amanda.st.cyr@usdoj.gov