**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MOHAMMED AZHARUDDIN CHHIPA,<br>*Defendant.* | Case No.: 1:23-cr-97 (DJN) |

**DEFENDANT'S WITNESS LIST**

At trial, the Defendant intends to call the following witnesses:

1. Special Agent Jeffrey Scott, FBI -Washington Field Office;

2. Special Agent Patrick Higgins, FBI - Washington Field Office.

Respectfully Submitted,

MOHAMMED AZHARUDDIN CHHIPA,
By Counsel

<u>             /s/             </u>
Zachary A. Deubler, Esq. VSB #90669
Jessica N. Carmichael, Esq. VSB #78339
CARMICHAEL ELLIS & BROCK, PLLC
108 N. Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 684-7908
zach@carmichaellegal.com
jessica@carmichaellegal.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 5th day of December 2024, a true and accurate of the foregoing was served on all counsel of record via the Court's Electronic Filing System.

_____/s/_____
Zachary A. Deubler, Esq.

2