① 


Date - 12/01/2024          Case Number: 1:23-CR-97

To: Chief Judge Leonie Brinkema
From: Mohammed Chhipa
Current Lawyers: Jessica Nicole Carmichael & Zachary Dueblar

Hello Judge Brinkema, my name is Mohammed Chhipa and I'm messaging you today to ask you to look over my case please as I feel that I'am being railroaded and denied my rights to have a "fair trial", due process, and an just/unbiased trial/proceedings. The first matter I wanted to bring to your attention was that of my discovery. A big chunk of it was "classified" and therefore I could not see it and most of it even my "cleared attorneys" couldn't see! So how is this fair when I am unable to see the heavily redacted/censored information from the already limited discovery I was presented? The second matter is that of the discovery itself! I have been imprisoned for almost 2 years now and I have yet to review all the discovery in my case and to make matters worse, the government has intentionally made a lot of the discovery "protected" so I cannot look over it in my cell and study it thoroughly! As if that wasn't enough, then I also have to deal with jail restrictions on top of that, which is that I cannot touch any digital device myself and someone has to do it for me! Till today I'm still struggling to review my limited discovery that was presented to me and if am not able to do that, then how is this a "fair trial"? The third matter is that the judge presiding over my case is being bias/unjust/impartial and denying most of all my attorney's motions and approving the government's! There's also the

issue of how he is even presiding over as a judge in my case as during the investigation of when my case started, he was still working as a prosecutor for the government, so how do we really know if he was involved in my case or not? It seems like all the pieces are being set up against me to get me convicted by all means. I still don't understand why I was switched from judge Nackmanoff to Judge David Novak randomly, who is from a different region entirely? The fourth matter is that of my wife and kids. It has been almost 2 years since I spoke to my wife (March, 2023) and while she is also imprisoned, I don't understand why I'm being prevented from speaking with her if all of the communications will be monitored? As for my kids it has been 3 years since I spoken to them or saw them! The last time I spoke with them was around January 2022. They are currently in Foster Care in Loudon County and I have been trying to get custody of them since they arrived on U.S. soil. My family and I made any and all efforts to get custody of them and we were unjustly denied in the lower courts (JDR & Circuit Courts), but then we appealed the decision and we were on our way to the Court of Appeals but then the FBI arrested me a day before an important court of Appeals date! The court of Appeals date was set for 05/05/2023 and they arrested me on 05/04/2023! I was prevented and denied from going to a court proceeding intentionally by the government because they knew my wife and I would win the custody battle of our six kids. All in an effort to harm me, my wife, and my family as much as possible. The last matter is to ask you to examine everything

on my case to avoid unjust persecution of Muslims and Islam. A lot of the stuff the government plans to introduce is highly prejudicial and unfortunately the judge (David Novak) is allowing everything. I thank you for your time and I really hope you're able to do something to help me get in contact with my wife and kids and also oversee this case.

                                      Regards,
                                    Mohammed Chhipa

Also, can I please get a copy of this letter sent back to me at the Alexandria Detention Center with acknowledgement that it was received? Thanks